DANIEL G. BOGDEN
United States Attorney
District of Nevada

BLAINE T. WELSH
Assistant United States Attorney
Nevada State Bar No. 4790
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Facsimile: 702-388-6787
Email: blaine.welsh@usdoj.gov

*Attorneys for the United States.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | ) |
| Petitioner, | ) Case No. 2:14-cv-01480 |
| v. | ) |
| RALPH PAGLIA, | ) |
| Respondent. | ) |

**MOTION TO ADMIT GOVERNMENT ATTORNEYS TO PRACTICE IN THE DISTRICT OF NEVADA FOR DURATION OF ATTORNEY'S GOVERNMENT EMPLOYMENT**

Pursuant to LR IA 10-3, the United States of America respectfully requests that this honorable Court admit Government attorneys Imad D. Abyad and Leslie R. Melman to practice in the District of Nevada for the above-captioned case and in all matters in this district during the period of employment by the United States. Rule IA 10-3 provides:

> Unless otherwise ordered by the Court, any nonresident attorney who is a member in good standing of the highest court of any state, commonwealth, territory, or the District of Columbia, who is employed by the United States as an attorney and, while being so employed, has occasion to appear in this Court on behalf of the United States, shall, upon motion of the United States Attorney or the Federal Public Defender for this district or one of the assistants, be permitted to practice before this court during the period of such employment.

Mr. Abyad and Ms. Melman are attorneys with the Federal Trade Commission, an agency of the federal government, and are active members in good standing of the bar of the District of Columbia.

The following information is provided to the Court:

>Imad D. Abyad (DC Bar No. 456392)
>Attorney, Office of General Counsel
>Federal Trade Commission
>600 Pennsylvania Ave., N.W.
>Washington, DC 20580
>Phone: 202.326-2375
>Fax: 202.326.2477
>iabyad@ftc.gov

>Leslie R. Melman (DC Bar No. 266783)
>Assistant General Counsel for Litigation
>Federal Trade Commission
>600 Pennsylvania Ave., N.W.
>Washington, DC 20580
>Phone: 202.326-2478
>Fax: 202.326.2477
>lmelman@ftc.gov

Accordingly, the United States respectfully requests that the Court admit Imad D. Abyad and Leslie R. Melman to practice in the District of Nevada for the duration of employment by the United States.

Respectfully submitted this 12th day of September 2014.

>DANIEL G. BOGDEN
>United States Attorney
>
>*/s/ Blaine T. Welsh*
>BLAINE T. WELSH
>Assistant United States Attorney

IT IS SO ORDERED:

_____
C.W. Hoffman, Jr.
United States Magistrate Judge
Dated: September 15, 2014