JONATHAN E. NUECHTERLEIN
   General Counsel
JOEL MARCUS
   Director of Litigation
LESLIE RICE MELMAN
   Assistant General Counsel for Litigation
IMAD D. ABYAD
   Attorney
FEDERAL TRADE COMMISSION
600 Pennsylvania Ave., N.W.
Washington, DC 20580
Telephone: (202) 326-2375
Facsimile: (202) 326-2477
Email: iabyad@ftc.gov

*Attorneys for Petitioner Federal Trade Commission*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**,<br>   Petitioner,<br><br>   v.<br><br>**RALPH PAGLIA**,<br>   Respondent. | Case No. 2:14-cv-01480-GMN-CWH |

**NOTICE OF FEDERAL TRADE COMMISSION**
**FOR WITHDRAWAL OF MOTION FOR ORDER TO SHOW CAUSE**
**AND MOTION TO VACATE ORDER TO SHOW CAUSE AND HEARING**
**AND ORDER THEREON**

The Federal Trade Commission (FTC or Commission) hereby withdraws its Motion for an Order to Show Cause (Dkt. 11), and moves this Court to vacate its Order to Show Cause (Dkt. 15) and the Show Cause Hearing scheduled for April 28, 2015.

1

In support of its motion, the Commission avers as follows:

1. On January 6, 2015, the FTC asked this Court to order Ralph Paglia to show cause why he should not be held in contempt for disobeying this Court's Order of October 28, 2014, (Dkt. 9), which directed Mr. Paglia to respond—within 14 days of service—to two Civil Investigative Demands (CIDs) issued by the FTC on May 2 and June 18, 2014.[1]

2. As requested, this Court issued an Order to Show Cause on March 9, 2015 (Dkt. 12).

3. The United States Marshal Service, which was directed to serve that order on Mr. Paglia, filed an "unexecuted" return of service on March 26, 2015 (Dkt. 13). The return of service showed that the Marshal Service had attempted, but failed, to serve Mr. Paglia on three occasions.

4. On March 31, 2015, this Court re-issued the Order to Show Cause (OSC) at the FTC's request, scheduling a hearing for Tuesday, April 28, 2015. (Dkt. 15).

5. The Marshal Service again attempted to serve the OSC on Mr. Paglia, but was unable to do so. It filed an "unexecuted" return of service of the OSC on April 17, 2015 (Dkt. 17). The amended return of service filed on April 21, 2015 (Dkt. 18), details

---

[1] The CIDs required Mr. Paglia to provide documents, answer interrogatories, and give oral testimony. They were duly issued in the course of a Commission investigation into whether he participated in an alleged group boycott of TrueCar, Inc.—an automotive marketing firm—in violation of Section 5 of the Federal Trade Commission Act, 15 U.S.C. § 45. Mr. Paglia failed to respond to the two CIDs, prompting the FTC to seek the aid of this Court in enforcing the Commission process.

the extensive, but unavailing, efforts that the Marshal Service has undertaken to find and serve Mr. Paglia.

To allow it the time to consider its options in light of this inability to effectuate service of process, the FTC hereby withdraws its motion for an order to show, and asks that this Court vacate its OSC of March 31, 2015, and the hearing scheduled for April 28, 2015.

Respectfully submitted,

JONATHAN E. NUECHTERLEIN
General Counsel

JOEL MARCUS
Director of Litigation

LESLIE RICE MELMAN
Assistant General Counsel for Litigation

 /s/ Imad Abyad
IMAD D. ABYAD
Attorney

FEDERAL TRADE COMMISSION
600 Pennsylvania Ave., N.W.
Washington, DC 20580
Tel.: (202) 326-2375
Fax: (202) 326-2477
Email: iabyad@ftc.gov

Dated: April 23, 2015.

**IT IS SO ORDERED.**

_____
Gloria M. Navarro, Chief Judge
United States District Court

**DATED: 04/24/2015**